IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01819-RPM

WILLIE C. MCNEIL,

    Plaintiff,

v.

KAPLAN, INC.,
d/b/a KAPLAN EDUCATIONAL CENTERS, INC.,
d/b/a KAPLAN COLLEGE,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Joint Stipulation of Dismissal with Prejudice [21] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs related to this action.

Dated: January 7th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge